UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 11010
   CHARLES T BROWN
   PAMELA D BROWN                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0303     SSN XXX-XX-1690

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 06/20/2007 and was confirmed 08/20/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was completed - no discharge 01/08/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COOK COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| ENGLISH VALLEY CONDO ASS | SECURED | 123.00 | .00 | 123.00 |
| GMAC | SECURED VEHIC | .00 | .00 | .00 |
| GENERAL MOTORS ACCEPTANC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| HOUSEHOLD MORTGAGE SERVI | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | SECURED NOT I | 69524.50 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 1504.25 | 50.24 | 1504.25 |
| CITIFINANCIAL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CITIFINANCIAL RETAIL SER | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CITIFINANCIAL RETAIL SER | UNSEC W/INTER | NOT FILED | .00 | .00 |
| FINGER FURNITURE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSEC W/INTER | 819.07 | 19.14 | 819.07 |
| VILLAGE OF HAZEL CREST | UNSEC W/INTER | 250.00 | 8.35 | 250.00 |
| FINGERHUT CORP | UNSEC W/INTER | 532.89 | 17.78 | 532.89 |
| SELECT PORTFOLIO SERVICI | SECURED NOT I | 16796.82 | .00 | .00 |
| CITIFINANCIAL | UNSEC W/INTER | 8100.69 | 149.06 | 8100.69 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 3,454.00 | | 3,454.00 |
| TOM VAUGHN | TRUSTEE | | | 1,034.50 |
| DEBTOR REFUND | REFUND | | | 437.88 |

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                  RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  16,500.85

PRIORITY                                          .00
SECURED                                        123.00
UNSECURED                                   11,206.90
    INTEREST                                   244.57
ADMINISTRATIVE                               3,454.00
TRUSTEE COMPENSATION                         1,034.50

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 11010 CHARLES T BROWN & PAMELA D BROWN

```
DEBTOR REFUND                                                   437.88
                        ----------------      ----------------
TOTALS                        16,500.85             16,500.85
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 04/24/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE